RUSSELL ALLYN (SBN: 143531)
rallyn@buchalter.com
MATTHEW S. SOLMON (SBN: 237363)
msolmon@bchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff
Linea Pelle, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEA PELLE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SABINA HANDBAGS & ACCESSORIES, INC., a New York corporation; DOES 1-10,<br><br>Defendant. | Case No. CV 09-8450-JFW (AJWx)<br><br>**Declaration of Lead Trial Counsel re: Compliance with General Order 08-02** |

Pursuant to paragraph 3 of the Standing Order, I, Russell Allyn, declare and state as follows:

1. I am Senior Counsel at the law firm Buchalter Nemer, a Professional Corporation, of Los Angeles, California, and I am lead trial counsel for the plaintiff.

2. I am registered as an "ECF User" pursuant to General Order No. 08-02, which supersedes General Order No. 07-08.

3. My email address is rallyn@buchalter.com.

///

///

///

///

1   4.   I consent to service and receipt of filed documents by electronic
2  means.
3       I declare under the penalty of perjury under the laws of the State of
4  California that the foregoing statements are true and correct to the best of my
5  knowledge.

7  Dated:   December 15, 2009             /s/
8                                         RUSSELL L. ALLYN

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER 08-02**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Sabina Handbags & Accessories, Inc.
Al Hadef, Owner
219 36th Street, #2
Brooklyn, NY  11232

**BY MAIL**   I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. The address shown above is the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on December 15, 2009. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on December 15, 2009, at Los Angeles, California.

_____Kellie C. Brandon_____                    _____(Signature)_____