UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEA PELLE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SABINA HANDBAGS & ACCESSORIES, INC., a New York corporation; DOES 1-10,<br><br>Defendants. | Case No. CV 09-8450 (JSL) (AJWx)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties that the Defendant's time to respond to the Complaint is extended through and including January 27, 2010 so as to enable Defendant to, *inter alia*, engage local counsel.

Dated: New York, New York
       December 21, 2009

THE DWECK LAW FIRM, LLP

By:_____
    H.P. Sean Dweck
New York Attorneys for Defendant
(Not Admitted in California)
75 Rockefeller Plaza, 16th Fl.
New York, NY 10019
(212) 687-8200

BUCHALTER NEMER

By:_____
    Matthew S. Solmon
Attorneys for Plaintiff
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
(213) 891-0700

S:\Secretary 2\Client Docs\Sabina Handbags\Stipulation 12-21-09.wpd