RUSSELL ALLYN (SBN: 143531)
rallyn@buchalter.com
JESSIE K. REIDER (SBN: 237113)
jreider@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff
Linea Pelle, Inc.


OLEG CROSS (SBN: 246680)
cross@crosslawgroup.com
CROSS LAW GROUP
4370 La Jolla Village Dr., Suite 655
San Diego, CA  92122
Telephone: (619) 623-2120
Facsimile: (619) 819-7346

Attorney for Defendant
Sabina Handbags & Accessories, Inc.

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINEA PELLE, INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>SABINA HANDBAGS & ACCESSORIES, INC., a New York corporation; DOES 1-10,<br><br>  Defendants. | Case No. CV 09-8450-JFW (AJWx)<br><br>**ORDER DISMISSING COMPLAINT** |

Based upon the Stipulation of the parties, plaintiff Linea Pelle, Inc. ("Plaintiff") and defendant Sabina Handbags & Accessories, Inc. ("Defendant"), and for the good cause shown therein, **IT IS HEREBY ORDERED** pursuant to Federal Rule of Civil Procedure 41(a)(2) that the Court dismisses the claims of the

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 6909940v1                                1

**ORDER DISMISSING COMPLAINT**
**CASE NO. CV 09-8450-JFW (AJWX)**

1  Complaint against Defendant with prejudice and reserves its jurisdiction to enforce
2  the terms of the parties' Settlement Agreement and resulting Permanent Injunction.
3
4     **IT IS SO ORDERED**
5
6  Dated:  October 6, 2010
7
8
9                                      HON. JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 6909940v1                        2

**ORDER DISMISSING COMPLAINT**
**CASE NO. CV 09-8450-JFW (AJWX)**